DOLL AMIR & ELEY LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAN DIVISION

| | |
|---|---|
| EVANGELINE DE LA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORP,<br><br>Defendant(s). | Case No. 4:17-CV-03665-HSG<br>*Assigned to Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER GRANTING JOINT REQUEST TO APPEAR TELEPHONICALLY AT PRETRIAL CONFERENCE**<br><br>Date:　　October 10, 2017<br>Time:　　2:00 p.m.<br>Ctrm:　　Courtroom 2, 4th Floor |

**ORDER**

Plaintiff Evangeline de la Cruz and Defendant Capital One Bank (USA), N.A.'s request for its counsel, Ibrahim Muhtaseb and Connie Y. Tcheng, respectively, to participate by telephone at the Pretrial Conference scheduled for October 10, 2017 at 2:00 p.m. is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATE: October 10, 2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE