**The Law Offices of Jeffrey Lohman, P.C.**
Jeremy Branch – Bar # 303240
4740 Green River Road
Suite 219
Corona, CA 92880
(866) 329-9217
(657) 246-1311 - fax
Email: IbrahimM@jlohman.com
Attorneys for Plaintiff,
EVANGALINE DE LA CRUZ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EVANGALINE DE LA CRUZ, | Case No.: 4:17-cv-03665-HSG |
| Plaintiff, | *Assigned to Hon. Haywood S. Gilliam, Jr.* |
| vs. | |
| CAPITAL ONE FINANCIAL CORP., | **ORDER GRANTING JOINT REQUEST FOR AMENDMENT OF PLEADINGS** |
| Defendant. | |

- 1 -

**ORDER**

Plaintiff Evangeline de la Cruz and Defendant Capital One Financial Corp.'s stipulation to file the First Amended Complaint attached as Exhibit B to the Parties' stipulation is GRANTED.

DATE: November 1, 2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE